On petition for review filed April 13, of an order of dismissal filed by the Court of Appeals March 9, petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals August 12, 1999

In the Matter of Helen M. Wirth,
a Protected Person.
John WIRTH,
*Petitioner on Review,*

*v.*

Janice DIMICK,
Joan Slegelmilch, Jim Wirth and
Pioneer Trust Bank, N.A.,
*Respondents on Review.*

(CC 97C-12400; CA A103882; SC S46374)

984 P2d 853

John Wirth, petitioner *pro se*, filed the petition.

No appearance *contra*.

PER CURIAM

## PER CURIAM

It appears that the order of the Court of Appeals dismissing the appeal in this case was based on an incorrect factual premise respecting petitioner's filing of an undertaking on appeal.

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further proceedings.